DANIEL J. BRODERICK, #89424
Federal Defender
LEXI NEGIN, DC Bar #446153
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
ROBERT SCOTFORD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>ROBERT SCOTFORD,<br><br>        Defendant.<br>_____ | No.   07-cr-433 (MCE)<br>        06-mj-330 (EFB)<br><br>STIPULATION AND ORDER TO VACATE<br>CONTROL DATE, LIFT STAY OF SENTENCE<br>PENDING APPEAL AND ORDERING<br>DEFENDANT TO SELF-SURRENDER |

　　　The parties have conferred and agree that the Court shall lift the stay of sentence pending appeal and order Mr. Scotford to self- surrender to the custody of the United States Marshals on or before May 1, 2008, at 2:00 p.m. to complete his sentence of seven days.

　　　The parties further agree that the control date of March 7, 2008, be vacated.

Dated:  February 26, 2008

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　DANIEL J. BRODERICK
　　　　　　　　　　　　　　　　　　　　　　　Federal Defender


　　　　　　　　　　　　　　　　　　　　　　　/s/ Lexi Negin
　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　LEXI NEGIN
　　　　　　　　　　　　　　　　　　　　　　　Assistant Federal Defender for Robert Scotford

| | |
|---|---|
| 1  Dated: | MCGREGOR W. SCOTT |
| 2 | United States Attorney |

/s/ Matthew Stegman

MATTHEW STEGMAN
Assistant U.S. Attorney

O R D E R

By stipulation of the parties it is hereby:

ORDERED, that the stay of sentence is lifted, and it is further;

ORDERED, that the defendant, Robert Scotford, surrender himself to the custody of the United States Marshals on or before May 1, 2008, at 2:00 p.m. to serve his sentence of seven days, and it is further;

ORDERED, that the control date of March 7, 2008, is hereby vacated.

Dated: February 29, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

-2-